IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| SHELIA FAY DYER, a citizen and resident of Blount County, Tennessee | ) ) ) | |
| Plaintiff | ) ) ) | CIVIL ACTION FILE NUMBER |
| v. | ) ) | 3:13-CV-0209 Varlan/Guyton |
| THE HARTFORD d/b/a Hartford Life Group Insurance Company, an Insurance entity licensed to do business and doing business in the State of Tennessee, and WAL-MART STORES, INC. | ) ) ) ) ) ) ) | |
| Defendants | ) ) | |

## **CONSENT ORDER**

Having considered the foregoing Joint Motion to Correct and Drop Parties, and for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, for good cause shown and all parties consenting hereto, it is hereby ordered that:

(a) Wal-Mart Stores, Inc. shall be dropped as a party defendant;

(b) Hartford Life and Accident Insurance Company shall be the named defendant, without the necessity of amended pleadings or additional service of process;

(c) This action henceforth shall be styled and designated as *Shelia Fay Dyer*

*v. Hartford Life and Accident Insurance Company*, Civil Action File No. 3:13-CV-0209 Varlan/Guyton; and

(d) Hartford Life and Accident Insurance Company shall have through and including May 31, 2013, within which to answer or otherwise respond to plaintiff's complaint.

SO ORDERED, this 6 day of May, 2013.

_____
Honorable H. Bruce Guyton
United States Magis. Judge

Consented to:

s/ *John P. Dreiser*
John P. Dreiser
BPR# 020743
s/ *Tony Farmer*
Tony Farmer
BPR# 1865

Attorneys for Plaintiff

LAW OFFICES OF TONY FARMER
  AND JOHN DREISER
1356 Papermill Pointe Way
Knoxville, TN 37919
(865) 584-1211 (telephone)
(865) 584-1171 (facsimile)

s/ *Elizabeth J. Bondurant*
Elizabeth J. Bondurant
Georgia Bar No. 066690
[admitted EDTN April 17, 2009]
s/ *Nikole M. Crow*
Nikole M. Crow
Georgia Bar No. 198359
[admitted EDTN April 17, 2009]

Attorneys for Wal-Mart Stores, Inc.
and Hartford Life and Accident
Insurance Company

SMITH MOORE LEATHERWOOD LLP
2300 Atlantic Center Plaza
1180 West Peachtree Street
Atlanta, Georgia 30309
(404) 962-1000 (telephone)
(404) 962-1200 (facsimile)